**FRANCIS & MAILMAN, P.C.**
CONSUMER PROTECTION LITIGATION

February 10, 2014

*Via ECF*
The Honorable Michael A. Hammer
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street, MLK 2C
Newark, NJ 07101

    Re: *Batista v. Experian Information Solutions, Inc.*, No. 13-1649

Dear Judge Hammer:

    We represent Plaintiff in the above matter. A status telephone conference is currently scheduled for February 13, 2014 at 10:00 A.M. Plaintiff respectfully requests a brief adjournment of the status conference as undersigned counsel will be outside the United States on this date with limited access to telephone. Upon conferring with counsel for Experian Information Solutions, Inc. ("Experian"), Experian has no objection to adjourning and rescheduling the teleconference for a later date.

    Upon conferring with chambers and with Experian, the parties are available to conduct the teleconference February 25, 2014 at 3:00 P.M. For these reasons, Plaintiff respectfully request that the Court adjourn the conference schedule from February 13, 2014 to February 25, 2014 or another date thereafter that is more convenient for the Court.

    Thank you for Your Honor's consideration of Plaintiff's request.

                      Respectfully Submitted,

                      **FRANCIS & MAILMAN, P.C.**

                      _____
                      GREGORY GORSKI

Cc:    Ira Karoll, Esquire (via email)
        Dorothy Kowal, Esquire (via email)